Mark J. HUMBERTSON, Jr., Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 599, 2015

Supreme Court of Delaware.

Submitted: March 21, 2016

Decided: March 31, 2016

DISMISSED.

INFECTIOUS DISEASE ASSOCIATES, P.A., Defendant Below, Appellant,

v.

John DOE, Plaintiff Below, Appellee.

No. 62, 2016

Supreme Court of Delaware.

Submitted: March 30, 2016

Decided: March 31, 2016

DISMISSED.

Charles PICKENS, Defendant Below, Appellant,

v.

CITIMORTGAGE, INC., successor by merger to CitiFinancial Mortgage Company, Inc., Plaintiff Below, Appellee.

No. 387, 2015

Supreme Court of Delaware.

Submitted: February 5, 2015

Decided: April 4, 2016

Reargument and Rehearing En Banc Denied April 12, 2016

AFFIRMED.